# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-40035
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 30, 2016

Lyle W. Cayce
Clerk

PHILLIP DAVID HASKETT,

Plaintiff-Appellant

v.

CAPITAL LAND SERVICES, INCORPORATED, also known as CLS Group;
JASON WALKER; MATT TIPTON,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:14-CV-279

Before DAVIS, BENAVIDES, and OWEN, Circuit Judges.

PER CURIAM:[*]

Phillip David Haskett appeals the summary judgment dismissal of his complaint. He fails to show that the district court abused its discretion in denying his motions for extensions of time to complete discovery and respond to the summary judgment motion. *See Am. Family Life Assur. Co. of Columbus v. Biles*, 714 F.3d 887, 894 (5th Cir. 2013); *Adams v. Travelers Indem. Co. of*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-40035

*Connecticut*, 465 F.3d 156, 161 (5th Cir. 2006).  By failing to raise his claims of error in the district court, he waived review of his arguments that the district court erred in granting summary judgment without further notice and considered inadmissible evidence.  *See Celanese Corp. v. Martin K. Eby Const. Co.*, 620 F.3d 529, 531 (5th Cir. 2010); *Donaghey v. Ocean Drilling & Expl. Co.*, 974 F.2d 646, 650 n.3 (5th Cir. 1992).

The judgment of the district court is AFFIRMED.